UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

BRUCE ABBY, et al,

        Plaintiff(s),                      Case No.: 01-71154
                                                  Honorable Patrick J. Duggan

v.

CITY OF DETROIT,
a Municipal Corporation,

        Defendant(s).

_____/

## NOTICE OF WITHDRAWAL OF ATTORNEY

    **PLEASE TAKE NOTICE** that the following attorney is no longer affiliated with the captioned action and should be removed from any service lists currently being maintained by the Court:

                                        Louis Theros

                                    Respectfully submitted,

                                    DICKINSON WRIGHT PLLC

                                    By:    s/ Louis Theros
                                           Louis Theros (P42970)
                                           500 Woodward Avenue, Suite 4000
                                         Detroit, Michigan 48226
                                         Phone: (313) 223-3500
                                         Fax: (313) 223-3598
Dated: September 21, 2007           Email: ltheros@dickinsonwright.com

## CERTIFICATE OF SERVICE

    The undersigned certifies that a true a correct copy of the foregoing was served upon counsel of record by CM/ECF on September 21, 2007.

                                      By:    /s/ Louis Theros
                                           Louis Theros (P42970)
                                         Dickinson Wright PLLC
                                         500 Woodward Avenue, Suite 4000
                                         Detroit, Michigan 48226-3425
                                         (313) 223-3500
                                         E:      ltheros@dickinsonwright.com

DETROIT 16112-47 1009115